# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2067
LT Case No. 1997-CF-002523-A

_____

WILLIAM D. WILLIAMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

William D. Williams, Live Oak, pro se.

James Uthmeier, Attorney General, and Zachary Lawton, Assistant Attorney General, Tallahassee, for Appellee.

February 18, 2025

PER CURIAM.

    AFFIRMED. *Goad v. Fla. Dep't of Corr.*, 845 So. 2d 880, 884-85 (Fla. 2003) (citing *Ilkanic v. City of Fort Lauderdale*, 705 So. 2d 1371, 1373 (Fla. 1998)).

WALLIS, LAMBERT, and KILBANE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————